# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT MILAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2096** |
| **COOPER TIRE & RUBBER COMPANY** | **SECTION "N" (3)** |

## REPORT AND RECOMMENDATION

Before the Court on referral from the District Court is Defendant, Cooper Tire & Rubber Company's Motion to Reopen Case for Purposes of Enforcement of Settlement [Doc. #44]. Counsel for defendant has informed the Court that the motion is now moot. Accordingly,

**IT IS RECOMMENDED** that Defendant, Cooper Tire & Rubber Company's Motion to Reopen Case for Purposes of Enforcement of Settlement [Doc. #44] be DISMISSED WITHOUT PREJUDICE AS MOOT.

**IT IS FURTHER RECOMMENDED** that the above-captioned lawsuit remain closed.

## NOTICE OF RIGHT TO OBJECT

Objections must be: (1) specific, (2) in writing, and (3) served within fourteen (14) days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b) and 72(b). A party's failure to object bars that party from: (1) entitlement to *de novo* review by a district judge; and (2) appellate review of the un-objected-to factual findings and legal conclusions accepted by the

district court, except upon grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 5th day of June, 2012.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**