UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT MILAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2096** |
| **COOPER TIRE & RUBBER COMPANY** | **SECTION "N" (3)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant, Cooper Tire & Rubber Company's Motion to Reopen Case for Purposes of Enforcement of Settlement [Doc. #44] is DISMISSED WITHOUT PREJUDICE AS MOOT.

**IT IS FURTHER ORDERED** that the above-captioned lawsuit remain closed.

New Orleans, Louisiana, this 10th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE